AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; BMG MUSIC; and CAPITOL RECORDS, INC. | DEFENDANT<br><br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>**RICHARD W. WIEKING** | (BY) DEPUTY CLERK<br>GLORIA ACEVEDO | DATE<br>*3 - 31 - 08* |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

**EXHIBIT A**

**JOHN DOE**

**IP Address:** 207.62.144.81 2007-10-10 17:07:59 EDT          **CASE ID#** 144470537

**P2P Network:** GnutellaUS          **Total Audio Files:** 282

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Chevelle | Comfortable Liar | Wonder What's Next | 324-184 |
| UMG Recordings, Inc. | Audioslave | Be Yourself | Out Of Exile | 373-489 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Scar Tissue | Californication | 174-922 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Alive | Ten | 137-787 |
| BMG Music | Foo Fighters | Times Like These | One By One | 325-862 |
| Capitol Records, Inc. | Radiohead | Everything in Its Right Place | Kid A | 289-381 |
| UMG Recordings, Inc. | Queens of the Stone Age | No One Knows | Songs for the Deaf | 314-621 |
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | Cochise | Audioslave | 322-103 |
| BMG Music | Foo Fighters | Best of You | In Your Honor | 377-762 |