Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; BMG MUSIC;
and CAPITOL RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE,<br>　　　　　　　Defendant. | CASE NO. 3:08-cv-01650-JL<br><br>Hon. James Larson<br><br>*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 3:08-cv-01650-JL
#38410 v1

1   Plaintiffs respectfully request that the Court continue the case management conference
2   currently set for July 2, 2008 at 10:30 a.m. to September 3, 2008.  As further explained below,
3   Plaintiffs have discovered the identity of the Doe defendant in this case and the parties have reached
4   a provisional settlement.  In support of their request, Plaintiffs state as follows:

5   1.   The initial case management conference is set for July 2, 2008 at 10:30 a.m.
6   Plaintiffs have not requested any previous continuances of the case management conference in this
7   matter.

8   2.   Plaintiffs filed their Complaint for Copyright Infringement against Defendant John
9   Doe ("Defendant") on March 27, 2008.  Plaintiffs did not have sufficient identifying information to
10  name the defendant individually in the Complaint, but were able to identify Defendant by the
11  Internet Protocol address assigned by Defendant's Internet Service Provider ("ISP").

12  3.   In order to determine Defendant's true name and identity, Plaintiffs filed their *Ex*
13  *Parte* Application for Leave to Take Immediate Discovery on March 27, 2008, requesting that the
14  Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP.

15  4.   The Court entered an Order for Leave to take Immediate Discovery on March 31,
16  2008, which Plaintiffs then served upon the ISP along with a Rule 45 subpoena.  On May 29, 2008,
17  the ISP responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information
18  including a name, telephone number, and address.

19  5.   Plaintiffs sent a letter to the individual identified by the ISP on June 9, 2008 notifying
20  him of their claims for copyright infringement and encouraging him to make contact to attempt to
21  amicably resolve this matter.  Thereafter, settlement discussions took place with Defendant's
22  attorney, and Plaintiffs believe that a settlement has been reached.  Settlement documents were
23  mailed on June 19, 2008, but have not yet been executed and returned to Plaintiffs.

24  6.   If the signed settlement documents are returned by July 31, 2008 or shortly thereafter,
25  Plaintiffs will file appropriate dispositional documents with the Court.  If not, Plaintiffs plan to file a
26  First Amended Complaint naming the individual identified by the ISP as the defendant in this case,
27  and then proceed to serve process upon him.
28

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 3:08-cv-01650-JL
#38410 v1

7. Given the foregoing circumstances, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for July 2, 2008 at 10:30 a.m. to September 3, 2008.

Dated: June 24, 2008                              HOLME ROBERTS & OWEN LLP

By: _____/s/ Dawniell Alise Zavala___
DAWNIELL ALISE ZAVALA
Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; BMG MUSIC; and CAPITOL RECORDS, INC

**[PROPOSED] ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for July 2, 2008 at 10:30 a.m. to September 3, 2008.

Dated: June 25, 2008                              By: _____/s/ James Larson_____
Honorable James Larson
United States Magistrate Judge

---

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 3:08-cv-01650-JL
#38410 v1