1   Dawniell Alise Zavala (CA State Bar No. 253130)
    HOLME ROBERTS & OWEN LLP
2   560 Mission Street, 25th Floor
    San Francisco, CA  94105-2994
3   Telephone:  (415) 268-2000
    Facsimile:  (415) 268-1999
4   Email:       dawniell.zavala@hro.com
5
    Attorneys for Plaintiffs,
6   SONY BMG MUSIC ENTERTAINMENT;
    UMG RECORDINGS, INC.; WARNER
7   BROS. RECORDS INC.; BMG MUSIC;
    and CAPITOL RECORDS, INC.
8

9

10                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11                     SAN FRANCISCO DIVISION
12

13  SONY BMG MUSIC ENTERTAINMENT, a      CASE NO. 3:08-cv-01650-J
    Delaware general partnership; UMG
14  RECORDINGS, INC., a Delaware corporation;   Honorable James Larson
    WARNER BROS. RECORDS INC., a Delaware
15  corporation; BMG MUSIC, a New York general  **NOTICE OF VOLUNTARY DISMISSAL
    partnership; and CAPITOL RECORDS, INC., a   WITH PREJUDICE**
16  Delaware corporation,
17
                    Plaintiffs,
18
19          v.
20
21  JOHN DOE,
                        Defendant.
22

23

24

25

26

27

28

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss with prejudice their copyright infringement claim against Defendant John Doe, also identified as ID # 144470537 with IP address 207.62.144.81 2007-10-10 17:07:59 EDT, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated:  July 2, 2008                                    HOLME ROBERTS & OWEN LLP


By:  ___/s/ Dawniell Alise Zavala_____
                   DAWNIELL ALISE ZAVALA
                   Attorneys for Plaintiffs
                   SONY BMG MUSIC
                   ENTERTAINMENT; UMG
                   RECORDINGS, INC.; WARNER
                   BROS. RECORDS INC.; BMG MUSIC;
                   and CAPITOL RECORDS, INC.